# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin McClure,<br><br>        Plaintiff,<br><br>v.<br><br>Country Life Insurance Company, et al.,<br><br>        Defendants. | No. CV-15-02597-PHX-DLR<br><br>**JUDGMENT** |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the Jury having found in favor of the Plaintiff as follows:

(1) **Verdict for Plaintiff on Claim for Joint Venture Relationship** that the Jury finds in favor of Plaintiff Benjamin McClure and against Defendants Country Life Insurance Company and CC Services, Inc. and finds that CC Services Inc. shall be jointly liable for the conduct alleged in this matter against Country Life Insurance Company.

(2) **Verdict for Plaintiff on Claim for Breach of Contract** that the Jury finds in favor of Plaintiff Benjamin McClure and against Defendants Country Life Insurance Company and CC Services, Inc. in the following amounts: (a) For policy benefits [up to the date of trial] in the amount of $23,469.35; (b) For

1  unrefunded premiums in the amount of $1,245.74.

2  (3) **Verdict for Plaintiff on Claim for Breach of Good Faith and Fair Dealing** that the Jury finds in favor of Plaintiff Benjamin McClure and against Defendants Country Life Insurance Company and CC Services, Inc in the following amounts: (a) For emotional distress, humiliation, inconvenience, and anxiety experienced and reasonably probable to be experienced in the future, in the amount of $1,290,000.00; (b) For loss of enjoyment of life, that is the participation in life's activities to the quality and extent to be enjoyed before Defendants breached the duty of good faith and fair dealing, in the amount of $45,000.00; (c) For the unpaid social insurance disability benefits owed under the Policy, including past benefits in the amount of $0; and (d) For policy benefits (reduced to present value) for the period in which the Plaintiff will be totally disabled in the future, in the amount of $173,593.76.

(4) **Verdict for Plaintiff for Punitive Damages** that the Jury finds in favor of Plaintiff Benjamin McClure against (a) Defendant Country Life Insurance Company in the amount of $2,500,000.00; and (b) CC Services Inc. in the amount of $2,500,000.00.

(5) **Pursuant to LRCiv. 58.1,** interest shall accrue on the judgment at the rate authorized by 28 U.S.C. § 1961(a) (1.23% per annum) from the date of judgment until paid in full.

Dated this 14th day of September, 2017.

Douglas L. Rayes
United States District Judge